IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 320-001 |
| | * | |
| QUAVERIS LESHAUN MIMS | * | |

**O R D E R**

In the captioned criminal matter, the Court ordered that Defendant Quaveris Leshaun Mims be committed to the Federal Medical Center in Butner, North Carolina, to undergo formal competency restoration procedures. (Order of Aug. 5, 2020, Doc. No. 167.) The time period to complete any medical and psychological testing has been extended a few times pursuant to 18 U.S.C. § 4241(d).[1] (See Order of April 29, 2021, Doc. No. 192; Order of Sept. 1, 2021, Doc. No. 268; Order of Jan. 20, 2022, Doc. No. 290.)

It appears to the presiding judge that another extension of the hospitalization and treatment period is warranted. Accordingly, **IT IS ORDERED** that Defendant be committed to FMC Butner for another 120-day period to undergo further evaluation and restoration procedures. **IT IS FURTHER ORDERED** that all time passage between the entry of this Order and the completion of the

---

[1] Section 4241(d) allows for an extension of time upon a finding that there is a substantial probability that the defendant will attain the capacity to permit the proceeding to go forward with additional time.

restoration procedures, to include the Defendant's return to the Southern District of Georgia, shall be excluded for purposes of the Speedy Trial calculation.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE